# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-11563-JKF

JENNIFER L. BURKE

6222 WALKER STREET

PHILADELPHIA, PA 19135

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JENNIFER L. BURKE

    6222 WALKER STREET

    PHILADELPHIA, PA 19135

Counsel for debtor(s), by electronic notice only.

    DAVID J. AVERETT ESQ
    7719 CASTOR AVE

    PHILADELPHIA, PA 19152

Date: 2/21/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee