United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-11563-elf
Jennifer L. Burke                                                               Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Jan 30, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2018.
db          +Jennifer L. Burke,    6222 Walker Street,    Philadelphia, PA 19135-3508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2018 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
       agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      DAVID J. AVERETT    on behalf of Debtor Jennifer L. Burke averettlaw@comcast.net
      LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, Et Al... lhaller@pkh.com,
       dmaurer@pkh.com;mgutshall@pkh.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, Et Al...
       bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...
       tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jennifer L. Burke<br>　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)<br>　　　　　　Movant<br>　vs. | NO. 15-11563 ELF |
| Jennifer L. Burke<br>　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller, Esq.<br>　　　　　　Trustee | |

**ORDER**

AND NOW, this  30th  day of  January , 2017, after a hearing, it is hereby

**ORDERED** THAT: the Movant's Motion for Relief from the Automatic Stay is **GRANTED** and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 6222 Walker Street, Philadelphia, PA 19135 ("Property"), to allow Movant, or its successor or assignee, to proceed with its *in rem* rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**