United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-11563-elf
Jennifer L. Burke                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2          Date Rcvd: Jan 31, 2018
                             Form ID: pdf900          Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2018.
db            +Jennifer L. Burke,   6222 Walker Street,   Philadelphia, PA 19135-3508
13485270      +AC Autopay,   P.O. Box 40469,   Denver, CO 80204-0469
13488619      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court:  AmeriCredit Financial Services, Inc.,   P O Box 183853,
               Arlington, TX 76096)
13485271      +Amercian Web Loan,   522 N. 14th Street,   Box 130,   Ponca City, Ok 74601-4654
13491746      +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
               Arlington, TX 76096-3853
13485272      +Ashland Enterprises,   50 Caifornia Street,   San Francisco, CA 94111-4624
13485273      +Capital One Bank, N.A.,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
13485275       Cornerstone/Alliance,   P.O. BOX 30745,   Greenville, NC 27833-0745
13522358       ECMC,   PO BOX 16408,   St. Paul, MN 55116-0408
13485276      +Fed Loan Servicing,   P.O. Box 69184,   Harrisburg, PA 17106-9184
13485277       GM Financial,   P.O. Box 181145,   Arlington, TX 76096-1145
13485278       Linebarger Goggan Blair & Sampson, LLP,   P.O. Box 90128,   Harrisburg, PA 17109-0128
13529910      +Office of UC Benefits Policy,   Department of Labor & Industry,   Office of Chief Counsel,
               Unemployment Compensation Division,   651 Boas Street, 10th Floor,   Harrisburg, PA 17121-0751
13485282      +Office of Unemployment Compensation Benefits,   UI Payment Services,   P.O. Box 67503,
               Harrisburg, PA 17106-7503
13485283       PECO Paymnet Processing,   P.O. Box 37629,   Philadelphia, PA 19101-0629
13485284       PGW,   P.O. Box 11700,   Newark, NJ 07101-4700
13485285      +PHEAA,   P.O. Box 1463,   Harrisburg, PA 17105-1463
13485286       Philadelphia Housing Finance Agency,   P.O. Box 642572,   Pittsburgh, PA 15264-2572
13485289      +Slomin's Shield,   125 Lauman Lane,   Hicksville, NY 11801-6539
13585737      +U.S. Bank National Association, (Trustee for the P,   PHFA Loan Servicing Division,
               211 North Front Street,   Harrisburg, Pennsylvania 17101-1466
13485290      #Verizon Wireless-NY,   P.O. Box 26055,   Minneapolis, MN 55426-0055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Feb 01 2018 02:17:54     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 01 2018 02:17:23
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 01 2018 02:17:48     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13560889       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 01 2018 02:19:40
               Ashley Funding Services, LLC its successors and,   assigns as assignee of Syndicated,
               Office Systems, Inc.,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
13588765       E-mail/Text: bankruptcy@phila.gov Feb 01 2018 02:17:54     City of Philadelphia,
               Law Department  Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13485274       E-mail/Text: bankruptcy@phila.gov Feb 01 2018 02:17:54     City of Philadelphia,
               Dept. of Revenue,   Municipal Services Building, Basement,   1401 J.F.K. Boulevard,
               Philadelphia, PA 19102
13560303       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 01 2018 02:19:40
               LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13485279       E-mail/Text: bankruptcydpt@mcmcg.com Feb 01 2018 02:17:38     Midland Funding LLC,
               8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
13515773      +E-mail/Text: bankruptcygroup@peco-energy.com Feb 01 2018 02:17:19     PECO Energy Company,
               Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13485288       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2018 02:19:40
               Portfolio Recovery,   120 Corporate Boulevard,   Norfolk, VA 23502
13485287      +E-mail/Text: bankruptcypgl@plaingreenloans.com Feb 01 2018 02:18:09     Plain Green Loans,
               93 Mack Road,   Suite 600,   P.O. Box 270,   Box Elder, MT 59521-0270
13486631       E-mail/Text: bnc-quantum@quantum3group.com Feb 01 2018 02:17:19
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13485291      +E-mail/Text: james.feighan@phila.gov Feb 01 2018 02:18:23     Water Revenue Bureau,
               Philadelphia Revenue Bureau,   1401 JFK Blvd,   Philadelphia, PA 19102-1663
                                                                                          TOTAL: 13


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             AmeriCredit Financial Services, Inc.
13485280*      Midland Funding LLC,   8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
13485281*      Midland Funding LLC,   8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
                                                                           TOTALS: 1, * 2, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: PaulP          Page 2 of 2          Date Rcvd: Jan 31, 2018
                              Form ID: pdf900      Total Noticed: 34
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2018 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
           agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
          DAVID J. AVERETT    on behalf of Debtor Jennifer L. Burke averettlaw@comcast.net
          LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, Et Al... lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, Et Al...
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...
           tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                            TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JENNIFER L. BURKE                                    Chapter 13


                        Debtor                       Bankruptcy No. 15-11563-ELF


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


**Date: January 31, 2018**

_____
                        Eric L. Frank
                        ChiefBankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID J. AVERETT ESQ
7719 CASTOR AVE

PHILADELPHIA, PA 19152


Debtor:
JENNIFER L. BURKE

6222 WALKER STREET

PHILADELPHIA, PA 19135